### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CREATIVE INVESTORS, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL C. CASWELL, NEWBURYPORT ) <br> FIVE CENTS SAVINGS BANK, TOWN OF ) <br> MIDDLETON TAX COLLECTOR, and ) <br> INTERNAL REVENUE SERVICE, ) <br> ) <br> Defendants. ) | Civil No. 1:06-cv-357-JM |

## ORDER OF DISTRIBUTION

Pursuant to the Stipulation of Distribution agreed to by the remaining parties to this action, judgment for distribution is entered as follows: the entire interplead fund, consisting of $10,432.20, is to be distributed to the United States, with no deduction for fees or costs.

IT IS SO ORDERED.

Date: __5/2/07_____                         __/s/ James R. Muirhead_____
                                                                United States Magistrate Judge

2348369.1